

**SO ORDERED.**

| | |
|---|---|
| RICK D. SHERMAN<br>402 WEST ROOSEVELT<br>SUITE J<br>PHOENIX, ARIZONA 85003<br>(602) 957-5348 | Dated: March 25, 2009<br><br>_____<br>REDFIELD T. BAUM, SR<br>U.S. Bankruptcy Judge |

RICK D. SHERMAN (#011710)
Attorney for Plaintiff

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **In re:**<br><br>NANA AMARTEY BAIDOOBONSO-IAM,<br><br>Debtor(s), | Chapter 7<br><br>Case No. 2:07-bk-03545-RTB |
| **RESIDENTIAL FUNDING REAL ESTATE HOLDINGS, LLC,**<br><br>Movant,<br><br>vs.<br><br>NANA AMARTEY BAIDOOBONSO-IAM, Debtor(s); and DIANE M. MANN, Trustee;<br><br>Respondents. | ORDER RE: EXPEDITED FINAL HEARING ON MOVANT'S MOTION TO MODIFY THE AUTOMATIC STAY and CO-DEBTOR STAY |

**THE COURT**, after having read and considered the Movant's Motion for EXPEDITED Final Hearing on Movant's Motion to Modify the Automatic Stay and Co-Debtor Stay, does hereby set a _____ 15 minute Final Hearing to consider the Movant's Motion to Modify the Automatic Stay and Co-Debtor Stay on the __2__ day of APRIL, 2009, at 11:00 __AM__

to be held at U S BANKRUPTCY COURT for the District of Arizona, **230 North First Avenue, 7th Floor, Courtroom 703, Phoenix, Arizona**.

Movant shall provide notice of this hearing to the Debtor(s) and Debtor(s)' attorney and file an Affidavit of Service thereon. Any responsive pleading shall be filed no later than ___1___ day prior to the hearing.

**SIGNED AND DATED ABOVE BY
THE HONORABLE REDFIELD T BAUM, SR
UNITED STATES BANKRUPTCY JUDGE
DISTRICT OF ARIZONA**



LAW OFFICES OF
**RICK D. SHERMAN**
402 WEST ROOSEVELT, SUITE J
PHOENIX, ARIZONA 85003
(602) 957-5348